| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| CORNELIUS O. HILL, | § |
| | § |
|     Petitioner, | § |
| | § |
| *versus* | §   CIVIL ACTION NO. 1:10-CV-251 |
| | § |
| JOHN B. FOX, | § |
| | § |
|     Respondent. | § |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Cornelius O. Hill, an inmate confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Because his claims concern the conditions of his confinement, the magistrate judge recommends this action be dismissed without prejudice to petitioner's ability to pursue such claims by filing a separate *Bivens* action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 1st day of July, 2010.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE